E. L. Damon, appellee, v. Board of Education of Benton Township High School, Township 6 South, Range 3 West of the Third Principal Meridian, Franklin county, Illinois, appellant.*

Bill to enjoin collection of check given with bid for public work. Decree for complainant. Appeal from the Circuit Court of Marion county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 10, 1924.

Layman & Johnson, J. L. Kagg and E. B. Vandervort, for appellant. Noleman, Smith & Dallstream, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

Daniel McLaughlin, appellant, v. Standard Oil Company, appellee.*

Bill to enjoin construction of filling station. Dismissed for want of equity. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 20, 1924.

T. M. Webb and Webb & Webb, for appellant. Kramer, Kramer & Campbell, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

Charles Fisher, appellant, v. Hazel Fisher, appellee.*

Bill for divorce on ground of desertion. Decree for defendant on cross-bill for extreme cruelty. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed February 9, 1925.

Burton & Burton, for appellant. Willis & Dunham, for appellee. Mr. Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Helen Hageman, appellee, v. Edwin S. Fritz, appellant.*

Bastardy proceedings. Judgment of filiation and for maintenance. Appeal from the County Court of St. Clair county; the Hon. W. P. Green, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 4, 1925.

P. K. Johnson, for appellant. H. C. Lindauer, for appellee. Mr. Justice Barry delivered the opinion of the court.

---

Frank Kuster, appellant, v. W. A. Hankins et al., appellees.*

Bill to dissolve partnership, for accounting and to enjoin disposal of funds and property. Dismissed for want of equity. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed March 31, 1925.

J. E. Grace, for appellant. J. B. McGlynn and Lester J. Grigsby, for appellees.

Mr. Justice Boggs delivered the opinion of the court.

---

* Received from clerk of Appellate Court, August 8, 1927.